UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JAMES M. SMALL,                         )
                                        )   No.  CV-05-0390-MWL
                    Plaintiff,          )
                                        )   ORDER GRANTING JOINT
v.                                      )   MOTION FOR REMAND
                                        )
JO ANNE B. BARNHART,                    )
Commissioner of Social                  )
Security,                               )
                                        )
                    Defendant.          )

    The parties have filed a stipulation for remand of the above
captioned case to the Commissioner for further administrative
proceedings.  (Ct. Rec. 16).  The parties have consented to
proceed before a magistrate judge.  (Ct. Rec. 3).  After
considering the stipulation,

    **IT IS ORDERED** that the above-captioned case be remanded for
further administrative proceedings.  Upon remand, the ALJ shall:
1) update the medical record; 2) hold a de novo hearing; 3) re-
evaluate Plaintiff's residual functional capacity; 4) obtain
vocational expert testimony at steps four and five of the
sequential evaluation process; 5) complete any other actions
necessary to develop the record; and, 6) issue a new decision.
On remand, this case shall be assigned to a new ALJ.

ORDER RE: STIPULATED REMAND - 1

1      This Court hereby reverses the Commissioner's decision under

2   sentence four of 42 U.S.C. § 405(g) with a remand of the cause to

3   the Commissioner for further proceedings.   *See Melkonyan v.*

4   *Sullivan*, 501 U.S. 89 (1991).

5      **IT IS FURTHER ORDERED:**

6      1.   The parties Joint Motion to Remand (**Ct. Rec. 16**) is

7   **GRANTED**.

8      2.   Judgment shall be entered for the **PLAINTIFF**.

9      3.   An application for attorney fees may be filed by

10  separate motion.

11     4.   The District Court Executive is directed to enter this

12  Order, forward copies to counsel, and thereafter shall **close** this

13  file.

14     DATED this  14th  day of June, 2006.

15

16                              S/ Michael W. Leavitt
                                MICHAEL W. LEAVITT
17                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: STIPULATED REMAND - 2